■ VIRTUOSO BUILDING COMPANY, INC., Third-Party Plaintiff-Respondent, v THOMPSON ROOFING CO., INC., Third-Party Defendant-Appellant.(Appeal No. 2.)—Judgments unanimously affirmed, with costs. Same memorandum as in *Torrie v Virtuoso Bldg. Co.,* 58 AD2d 982.) (Appeal from judgments of Niagara Supreme Court—negligence.) Present—Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.